**93–1411.** Ohio Academy of Nursing Homes, Inc. v. Barry. *Franklin County,* No. 92AP–1266. On motion to dismiss. Motion denied.

**93–1749.** Davenport v. M/I Schottenstein Homes, Inc. *Hamilton County,* No. C–920142. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**93–2043.** State ex rel. Jennings v. Nurre. *Hamilton County,* No. C–930526. *Sua sponte,* the memorandum in support of jurisdiction is treated as the merit brief.

**93–2193.** State v. Pollock. *Lucas County,* No. L–92–034. On motion for leave to amend memorandum in support. Motion granted.

**93–2331.** Canton Storage & Transfer Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–506–TR–ACE, 90–507–TR–ACE, 90–508–TR–ACE and 90–509–TR–ACE. *Sua sponte,* this cause is consolidated with 93–2332, *Advance Transfer Co. v. Pub. Util. Comm.,* Public Utilities Commission, Nos. 90–506–TR–ACE, 90–508–TR–ACE, 90–507–TR–ACE and 90–509–TR–ACE; and 93–2449, *Carr's Moving & Storage Co. v. Pub. Util. Comm.,* Public Utilities Commission, Nos. 90–506–TR–ACE, 90–507–TR–ACE, 90–508–TR–ACE and 90–509–TR–ACE.

**93–2333.** Archbold Truck Line, Inc. v. Pub. Util. Comm. Public Utilities Commission, Nos. 89–582–TR–AAC and 89–583–TR–AAC. *Sua sponte,* this cause is consolidated with 93–2450, *Aberdeen Express, Inc. v. Pub. Util. Comm.,* Public Utilities Commission, Nos. 89–582–TR–AAC and 89–583–TR–AAC.

**93–2350.** State ex rel. Pepsi Cola Bottling Co. v. Indus. Comm. *Franklin County,* No. 92AP–1506. On motion for leave to file *amicus* of Ohio Council of Retail Merchants. Motion granted.

**93–2538.** Parma v. Hampar. *Cuyahoga County,* No. 63880. On motions to reconsider denial of extension, for leave to file memorandum in support instanter, and to include certificate of disability. Motions denied.

**93–2566.** Dean Bailey Trust v. D–L Investors. *Lucas County,* No. L–92–374. On motion for leave to file memorandum in support instanter. Motion granted.
F.E. SWEENEY, J., dissents.

**93–2580.** State v. Dunn. *Hamilton County,* No. C–890421. On motion for delayed reinstatement of appeal. Motion denied.

**93–2624.** State v. Chivers. *Montgomery County,* No. 13696. On motion for delayed reinstatement of appeal. Motion denied.
A.W. SWEENEY and WRIGHT, JJ., dissent.

**94–2.** State v. Starr. *Cuyahoga County,* No. 56819. On motion for delayed reinstatement of appeal. Motion denied.
A.W. SWEENEY and WRIGHT, JJ., dissent.

**94–11.** Howard v. Catholic Soc. Serv. *Cuyahoga County,* No. 66594. On motion to consolidate with 94–153, *Howard v. Catholic Soc. Serv.,* Cuyahoga County, No. 66594. Motion granted.

**94–54.** Lenart v. Groveport. *Franklin County,* No. 93AP–695. On motion for leave to file memorandum in support instanter. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**94–55.** Am. States Ins. Co. v. Rubin. *Hamilton County,* Nos. C–920511, C–920512, C–920513 and C–920521. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.
WRIGHT and RESNICK, JJ., dissent.

**94–68.** State v. Elliott. *Mercer County,* No. 10–92–17. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.